UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE | : | CIVIL NO. 3:10cv135 (WIG) |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| CORRECTIONAL OFFICER BLUE | : | |
| Defendant. | : | JULY 13, 2012 |

**MOTION FOR REIMBURSEMENT OF EXPENSES PURSUANT TO LOCAL RULE 83.10**

Pursuant to District of Connecticut Local Rule 83.10, the plaintiff requests that the following expenses of the plaintiff be reimbursed (invoices attached as Exhibit A):

- Scribes, Inc. – Inv. #60185 in the amount of $980.97

- Scribes, Inc. – Inv. #60208 in the amount of $1,170.65

- Scribes, Inc. – Inv. #60348 in the amount of $1,084.82

RESPECTFULLY SUBMITTED,

PLAINTIFF
Jason Goode

By:  /s/
Sean K. McElligott
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Federal Bar #ct27030
E-Mail:  smcelligott@koskoff.com
Tel:  (203) 336-4421
Fax:  (203) 368-3244

## ORDER

The foregoing Consent Motion for Entry of Expenses, having been heard by this Court, it is hereby ordered: **GRANTED/DENIED.**

BY THE COURT,

_____
JUDGE/CLERK

**C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing has been sent, via electronic mail, on this 13th day of July 2012, to all counsel of record, as follows:

Sarah F. Russell
Supervising Attorney, Legal Clinic
Quinnipiac University School of Law
275 Mount Carmel Avenue
Hamden, CT 06518

Madeline A. Melchionne
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Steven Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

/s/
**SEAN K. MCELLIGOTT**